UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTRARIAN EMERGING MARKETS, L.P., GMO EMERGING COUNTRY DEBT FUND, GMO EMERGING COUNTRY DEBT INVESTMENT FUND PLC, and GMO EMERGING COUNTRY DEBT (UCITS) FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  -against-<br><br>THE REPUBLIC OF ECUADOR,<br><br>                Defendant. | 20 Civ. 5890 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Contrarian Emerging Markets, L.P., certifies that is wholly owned by Contrarian Capital Management, LLC., and that no publicly held company owns 10% or more of its stock.

Dated: July 29, 2020
       Greenwich, Connecticut

**LATHAM & WATKINS LLP**

/s/ Christopher J. Clark
Christopher J. Clark
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: chris.clark@lw.com

*Attorney for Plaintiffs Contrarian Emerging Markets, L.P., GMO Emerging*

*Country Debt Fund, GMO Emerging Country Debt Investment Fund plc, and GMO Emerging Country Debt (UCITS) Fund*

2

US-DOCS\105751296.1