USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
CONTRARIAN EMERGING MARKETS, L.P., GMO EMERGING COUNTRY DEBT FUND, GMO EMERGING COUNTRY DEBT INVESTMENT FUND PLC, and GMO EMERGING COUNTRY DEBT (UCITS) FUND, Individually and On Behalf of All Others Similarly Situated,

         Plaintiffs,

   -against-

THE REPUBLIC OF ECUADOR,

         Defendant.
----------------------------------------------------------------- X

20-CV-5890 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on July 29, 2020, Plaintiffs filed a motion for a Temporary Restraining Order and/or Preliminary Injunction (Dkt. 4);

  IT IS HEREBY ORDERED THAT: The parties must appear for a telephone conference on **July 30, 2020 at 10:00 a.m**. The parties must appear by calling (888) 363-4749, using the access code 3121171 and the security code 5890.

**SO ORDERED.**

**Date: July 29, 2020**
  **New York, NY**

               _____
               **VALERIE CAPRONI**
               **United States District Judge**