UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTRARIAN EMERGING MARKETS, L.P., GMO EMERGING COUNTRY DEBT FUND, GMO EMERGING COUNTRY DEBT INVESTMENT FUNDS PLC, and, GMO EMERGING COUNTRY DEBT (UCITS) FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>THE REPUBLIC OF ECUADOR,<br><br>        Defendant. | Case No. 1:20-CV-05890-VEC |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Dennis H. Tracey, III, of the law firm Hogan Lovells US LLP hereby appears as counsel for Defendant the Republic of Ecuador in the above captioned case and respectfully requests that all further pleadings and papers in this action be sent to the undersigned at the address provided below. I certify that I am admitted to practice in this Court and am a registered electronic case filing user.

Dated: New York, New York
    July 29, 2020

Respectfully submitted,

By: /s/ Dennis H. Tracey, III
Dennis H. Tracey, III
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Tel.: (212) 918-3000
Fax: (212) 918-3100
dennis.tracey@hoganlovells.com
*Attorneys for Defendant the Republic of Ecuador*