```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CONTRARIAN EMERGING                          :
MARKETS, L.P., GMO EMERGING                  :
COUNTRY DEBT FUND, GMO                       :
EMERGING COUNTRY DEBT                        :
INVESTMENT FUND PLC, and GMO                 :      20-CV-5890 (VEC)
EMERGING COUNTRY DEBT (UCITS)                :
FUND, Individually and On Behalf of All      :            ORDER
Others Similarly Situated,                   :
                                             :
                              Plaintiffs,    :
                                             :
              -against                       :
                                             :
THE REPUBLIC OF ECUADOR,                     :
                                             :
                              Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on July 29, 2020, Plaintiffs filed a motion for a Temporary Restraining Order and/or Preliminary Injunction (Dkt. 4);

     IT IS HEREBY ORDERED THAT: The parties must appear for a telephone conference on **July 31, 2020 at 2:30 p.m**. The parties must appear by calling (888) 363-4749, using the access code 3121171 and the security code 5890.

**SO ORDERED.**

**Date:  July 30, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**