```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CONTRARIAN EMERGING MARKETS, L.P., GMO EMERGING COUNTRY DEBT FUND, GMO EMERGING COUNTRY DEBT INVESTMENT FUND PLC, and GMO EMERGING COUNTRY DEBT (UCITS) FUND, Individually and On Behalf of All Others Similarly Situated,

                      Plaintiffs,

        -against-

THE REPUBLIC OF ECUADOR,

                      Defendant.
-------------------------------------------------------------- X

20-CV-5890 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS a hearing on Plaintiffs' motion for a temporary restraining order was held on July 31, 2020;

IT IS HEREBY ORDERED THAT:

1. For the reasons stated at the hearing, Plaintiffs' motion for a temporary restraining order is DENIED.

2. The parties are directed to meet and confer and provide the Court with a joint letter by **August 14, 2020** discussing the next steps for this case.

**SO ORDERED.**

**Date: July 31, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**