Christopher J. Clark
Direct Dial: +1.212.906.1200
chris.clark@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

Beijing         Moscow
Boston          Munich
Brussels        New York
Century City    Orange County
Chicago         Paris
Dubai           Riyadh
Düsseldorf      San Diego
Frankfurt       San Francisco
Hamburg         Seoul
Hong Kong       Shanghai
Houston         Silicon Valley
London          Singapore
Los Angeles     Tokyo
Madrid          Washington, D.C.
Milan

# LATHAM & WATKINS LLP

August 14, 2020

**Via ECF**

The Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Contrarian Emerging Markets, L.P. et al. v. Republic of Ecuador*, 20-cv-05890 (VEC)

Dear Judge Caproni,

In accordance with Your Honor's order on July 31st, 2020, Plaintiffs Contrarian Emerging Markets, L.P., GMO Emerging Country Debt Fund, GMO Emerging Country Debt Investment Fund plc, and GMO Emerging Country Debt (UCITS) Fund (collectively, "Plaintiffs"), with the consent of counsel for Republic of Ecuador (the "Republic"), Dennis H. Tracey III of Hogan Lovells US LLP, respectfully submit this joint status report.

Plaintiffs and the Republic have reached an agreement in principle with respect to the above-captioned matter. The parties expect that this agreement will result in a dismissal of Plaintiffs' complaint with prejudice.

Respectfully submitted,

/s/ Christopher J. Clark
Christopher J. Clark
of LATHAM & WATKINS LLP

*Attorney for Plaintiffs Contrarian Emerging Markets, L.P., GMO Emerging Country Debt Fund, GMO Emerging Country Debt Investment Fund plc, and GMO Emerging Country Debt (UCITS) Fund*

cc: Counsel of Record (via ECF)